JS-6/ENTER

FILED
AUG 12 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WINTRON NUNEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>PHILIP DOTY, et al.,<br><br>   Defendants. | Case No. CV 10-3329-SJO (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the complaint is dismissed without prejudice.

Dated: __August 10, 2010___

S. James Otero
_____
S. James Otero
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY